IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SERKAN BEGENILMIS PETITIONER

V. CIVIL ACTION No. 5:26-CV-316-DCB-BWR

RAFAEL VERGARA RESPONDENTS
Warden, Adams County
Correctional Center and

CHRISTOPHER BULLOCK
Immigration and Customs
Enforcement, New Orleans
Field Office Director

ORDER

This Order is to direct Petitioner's counsel to respond. The Executive Office for Immigration Review's (EOIR's) Automated Case Information Portal shows no case information for Petitioner and states no appeal was received. Within seven days, Petitioner's counsel shall update the Court regarding whether Petitioner has an administratively final removal order.

SO ORDERED AND ADJUDGED this the 19th day of November, 2026.

/s/ David C. Bramlette
David C. Bramlette III
UNITED STATES DISTRICT JUDGE